AO 91 (Rev. 11/11) Criminal Complaint (modified by USAO for telephone or other reliable electronic means)

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>MICHAEL THOMPSON, II<br><br>*Defendant(s)* | )<br>)<br>) Case No. 3:21-MJ-367<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  October 6, 2021  in the county of  Montgomery  in the  Southern  District of  Ohio , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 922(g)(1) & 924(a)(2) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet.

*Complainant's signature*

TFO MICHAEL T. FULLER, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by _____ *(specify reliable electronic means)*.

Date: 10/7/21

City and state: DAYTON, OHIO

Peter B. Silvain, Jr.
United States Magistrate Judge

# AFFIDAVIT

Your Affiant, Michael T. Fuller, being duly sworn, hereby deposes and states as follows:

## INTRODUCTION

1. Your Affiant has been a law enforcement officer with the Dayton Police Department since 2001. Your Affiant is currently assigned as a Task Force Officer (TFO) with the Federal Bureau of Investigation's Southern Ohio Safe Streets Task Force (SOSSTF). As such, your Affiant is charged with investigating crimes against the United States of America, including but not limited to violations of Title 18 and Title 21 of the United States Code (U.S.C.). Your Affiant has received training in drug trafficking investigations and has participated in numerous narcotics-related investigations that involved performing surveillance, gathering evidence of money laundering, interviewing suspected drug traffickers, and supervising the activities of informants who provided law enforcement authorities information and assistance resulting in the seizure of narcotics. Your Affiant has become familiar with federal drug laws and as such, is aware that it is a violation of Title 21, United States Code, Sections 841(a)(1) and 846 to knowingly and intentionally distribute and possess with intent to distribute controlled substances (including heroin and cocaine), as well as to conspire to do the same. Further, your Affiant is aware of federal firearm laws and knows that possessing firearms in furtherance of a drug trafficking crime is a violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2. Finally, your Affidavit is aware the possession of a firearm by a convicted felon is a violation of Title 18, United States Code, Section 922(g)(1).

## PURPOSE OF AFFIDAVIT

2. This Affidavit is submitted in support of a criminal complaint and seeks the issuance of an arrest warrant against **Michael THOMPSON II** (hereinafter referred to as

**THOMPSON**) for the suspected violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2) (felon in possession of a firearm). The information contained in this Affidavit is based upon an investigation conducted by your Affiant together with information received from other law enforcement officers familiar with subject investigation. All details of the subject investigation are not included in this Affidavit. Your Affiant has only included information deemed necessary to establish probable cause for the above-described violation.

## SUMMARY OF PROBABLE CAUSE

3. On October 6, 2021, TFO Dustin Phillips, TFO Fred Zollers, Montgomery County Sheriff's Deputy Matthew Overholt, and your Affiant, were participating in a West Patrol Operations Gun Reduction Initiative with the Dayton Police Department (DPD), FBI SOSSTF, and Ohio State Patrol (OSP). We were working in plain clothes and operating individual unmarked vehicles. At approximately 2:20 p.m., TFO Phillips, TFO Zollers, Deputy Overholt and your Affiant observed a silver 2005 Ford Fusion, bearing Ohio license plate 453-YBS, pull into the Shell gas station located at 3613 North Main Street in the City of Dayton. This vehicle was occupied by the driver, an older female later identified as Lisa Jordan, and the front seat passenger later identified as **THOMPSON**. TFO Phillips, TFO Zollers, Deputy Overholt, and your Affiant then observed **THOMPSON** exit the subject vehicle and enter the adjacent store. At this time, your Affiant observed what appeared to be the upper part of a semiautomatic handgun and magazine sticking out of his front right pocket. **THOMPSON** remained in the store for several minutes before exiting and walking back to the Ford Fusion. From this vantage point the surveillance crews could clearly observe that **THOMPSON** was then carrying a partially concealed handgun in his front right pocket.

4. We continued to observe as **THOMPSON** as he sat in the front passenger seat while the subject Ford Fusion pulled out of the gas station onto North Main Street. We followed the Ford Fusion in our unmarked vehicles until it was observed parking on the wrong side of the street in front of 221 Ryburn Avenue. TFO Zollers, TFO Phillips, Deputy Overholt, and your Affiant then exited our vehicles with weapons drawn. **THOMPSON** was thereafter commanded to keep his hands visible. As we approached the subject Ford Fusion, TFO Zollers asked **THOMPSON** if he had a CCW permit. He responded no. At that point we continued to give **THOMPSON** orders to keep his hands in the air while TFO Zollers reached in through the open passenger side window and retrieved the handgun previously observed in **THOMPSON's** possession. TFO Phillips and your Affiant then physically removed **THOMPSON** from the car, placing him on the ground and handcuffed him.

5. It was learned that the said firearm was a 9mm Taurus Arms, Model G2C, serial number ACD839277, semiautomatic handgun loaded with 11 rounds in the magazine and 1 in the chamber. This handgun was properly marked and tagged into the Dayton Police Property Room as evidence. TFO Dustin Phillips advised **THOMPSON** of his *Miranda* Rights whereupon he refused to answer questions. **THOMPSON** was thereafter transported to the Montgomery County Jail without incident.

6. Bureau of Alcohol Tobacco and Firearms Special Agent Chris Reed advised your Affiant that the Taurus Model G2C is not manufactured in the state of Ohio, and as such had previously moved in interstate commerce prior to reaching **THOMPSON** in this state.

7. Your Affiant conducted criminal history records check concerning **THOMPSON**. In so doing, it was learned **THOMPSON** had previously been convicted in the Montgomery County, Ohio Court of Common Pleas on or about October 21, 2013 of the following criminal

offenses: Abduction, a felony of the third degree, and Domestic Violence, a misdemeanor of the first degree, in case number 2013CR02644.

8. Based on the facts set forth in the Affidavit, your Affiant believes there is probable cause to believe that **THOMPSON** violated 18 U.S.C. §§ 922(g)(1) and 924(a)(2) (felon in possession of a firearm).

Michael T. Fuller
Task Force Officer
Federal Bureau of Investigation

Sworn to and subscribed before me this  7th  day of October 2021.

Peter B. Silvain, Jr.
United States Magistrate Judge

4