UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                          Case No. 3:21-cr-136

vs.

MICHAEL THOMPSON, II,                  District Judge Michael J. Newman
                                                              Magistrate Judge Peter B. Silvain, Jr.

    Defendant.

_____

**ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (DOC. NO. 21)**
_____

This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant's guilty plea.  Doc. No. 21.  There being no objections, the Court **ADOPTS** the Report and Recommendation in full.  The Court accepts Defendant's plea of guilty as charged in Count One of the Indictment currently pending against him, which charges him with possessing a firearm after being convicted of a felony, in violation of Title 18 U.S.C. §§ 922(g)(1) and 924(a)(2).  Doc. No. 20.  The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

    **IT IS SO ORDERED.**

Date:   April 25, 2022                                    s/ Michael J. Newman
                                                                     Hon. Michael J. Newman
                                                                     United States District Judge